UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRA ANN DAY,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 3:17-cv-05860 BAT<br><br>**ORDER GRANTING EAJA FEES AND COSTS** |

Plaintiff requests an award of remaining attorney fees in the amount of $2,649.85 pursuant to 42 U.S.C. § 406(b). Dkt. 21. Plaintiff's attorney has already received $2,627.15 under the Equal Access to Justice Act, leaving a remaining fee of $2,649.85. *Id*. The Commissioner has no objection to the request. Dkt. 22. The Court agrees that EAJA fees should be awarded, good cause having been shown.

**It is hereby ORDERED** that Plaintiff's attorney J. Leanne Martinez is awarded an attorney fee of $5,277.00, pursuant to 42 U.S.C. § 406(b). The Commissioner of Social Security is directed to send $2,649.85 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 21st day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EAJA FEES AND COSTS - 1